Hillsborough, ) No. 3767.
Jan. 5, 1949. )

ALICE E. McQUEENEY, *Ex'x v.* A. A. MOONEY FURNITURE COMPANY.

*Sheehan, Phinney & Bass (Mr. Phinney* orally), for the plaintiff.

*Warren, Wilson, Wiggin & Sundeen (Mr. Wiggin* orally), for the defendant.

PER CURIAM. The Trial Judge found that the deceased suffered a ruptured blood vessel upon May 11. There is no evidence to sustain this finding, and it is impossible to determine how far other findings of the Trial Court were influenced by this conclusion. Accordingly there must be a

*New trial.*